# Exhibit A

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**

*Vendor:*
AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount | Amount Paid |
|---|---|---|---|---|---|---|---|
| 60009 | 06/04/2019 | 06/03/2019 | $ 152,454.30 | MAY2019 | 06/03/2019 | $ 152,454.30 | $ 152,454.30 |
| 60025 | 06/28/2019 | 06/28/2019 | 40,000.00 | ONACCT-06/28/19 | 06/28/2019 | 40,000.00 | 40,000.00 |
| 60032 | 07/17/2019 | 07/12/2019 | 77,690.52 | JUN 2019 | 06/28/2019 | 77,690.52 | 77,690.52 |
| 60042 | 07/19/2019 | 07/18/2019 | 40,000.00 | JUN 2019 BALANCE | 06/28/2019 | 40,000.00 | 40,000.00 |
| TOTAL | | | $ 310,144.82 | 4 | | | $ 310,144.82 |